IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD POWELL, an individual;<br><br>        Plaintiff,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF NEBRASKA,<br><br>        Defendant. | **8:14CV337**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Ari D. Riekes, as counsel of record for Plaintiff, (filing no. 13), is granted.

2) Jennifer L. Turco Meyer remains counsel of record for the plaintiff.

3) The deadline for filing the parties' Rule 26(f) report is extended to March 20, 2015.

March 9, 2015.

                                                    BY THE COURT:

                                                   *s/ Cheryl R. Zwart*
                                                   United States Magistrate Judge