IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD POWELL, an individual; | |
| Plaintiff, | 8:14CV337 |
| vs. | |
| BLUE CROSS BLUE SHIELD OF NEBRASKA, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) The motion to withdraw filed by Jennifer Turco Meyer, as counsel of record for Plaintiff (filing no. 13), is granted.

2) On or before April 3, 2015, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in a dismissal of Plaintiff's claims without further notice.

3) The clerk shall mail a copy of this order to Plaintiff at:

Ronald Powell
5615 N 105th Plaza, #110
Omaha, NE 68134

March 13, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge