IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD POWELL, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF NEBRASKA,<br><br>　　　　　Defendant. | 8:14-CV-337<br><br>JUDGMENT |

　　　Pursuant to the accompanying order entered this date, the plaintiff's complaint is dismissed.

　　　Dated this 20th day of May, 2015.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_/s/ John M. Gerrard_____
　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　United States District Judge